1 | COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
2 | SEVERSON & WERSON
A Professional Corporation
3 | The Atrium
19100 Von Karman Avenue, Suite 700
4 | Irvine, California 92612
Telephone: (949) 442-7110
5 | Facsimile: (949) 442-7118

6 | MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
7 | REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
8 | SEVERSON & WERSON
A Professional Corporation
9 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
10 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
12 | CREDIT ACCEPTANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAVANNAH MILHEAUX, | Case No. |
| | Hon. |
| Plaintiff, | Courtroom |
| vs. | |
| CREDIT ACCEPTANCE CORPORATION, and DOES 1 through 10, inclusive, | **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1441 AND 1331** |
| Defendant. | |
| | Action Filed: May 11, 2016 |

10858.0063/8010803.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Credit Acceptance Corporation ("Credit Acceptance") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Alameda, to the United States District Court for the Northern District of California. Credit Acceptance alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1.  Credit Acceptance is named in the Complaint filed on May 11, 2016, by Plaintiff Savannah Milheaux ("Plaintiff") in the Superior Court of the State of California, in the County of Alameda, Case No. RG16815955, entitled *Savannah Milheaux v. Credit Acceptance Corporation* (the "State Court Action").

2.  The Complaint in the State Court Action contained causes of action for violation of the Rosenthal Fair Debt Collection Practices Act and the Telephone Consumer Protection Act ("TCPA").

3.  Credit Acceptance has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4.  This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on Credit Acceptance of a copy of the Complaint on May 25, 2016.

5.  Removal to the United States District Court for the Northern District of California is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action.  28 U.S.C. § 1441(a).

6.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute:  (1) the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*.  See, e.g., Complaint ¶¶ 1, 17-24 and 29-32; *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 753 (2012).

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiffs pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), Credit Acceptance will provide written notice of the removal of this action to Plaintiff and to the Alameda County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate copies of all papers received as of June 24, 2016.

WHEREFORE, Credit Acceptance prays that the State Court Action be removed from state court to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

DATED:  June 24, 2016

SEVERSON & WERSON
A Professional Corporation


By:     */s/ Courtney C. Wenrick*
        Courtney C. Wenrick

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION