1  L. Paul Mankin, IV (SBN 264038)
**THE LAW OFFICE OF PAUL MANKIN**
2  4655 Cass Street, Suite 112
3  San Diego, CA 92109
   800-219-3577
4  Fax: 323-207-3885

IT IS SO ORDERED

*Kandis Westmore*

Judge Kandis Westmore

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| SAVANNAH MILHEAUX, an individual, ) | Case No. 4:16-cv-03584-KAW |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| vs. ) | |
| ) | |
| CREDIT ACCEPTANCE ) | |
| CORPORATION, and DOES 1 through ) | |
| 10, inclusive, and each of them, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

10
11
12
13
14
15
16
17
18
19
20

21      A settlement has been agreed to by and between Plaintiff Savannah
22  Milheaux and Defendant Credit Acceptance Corporation, by and through their
23  respective counsel.  In accordance with the settlement reached, which has now
24  been fully documented by the parties, Plaintiff files this Notice of Voluntary
25  Dismissal so that the above-captioned action shall be dismissed with prejudice as
26  to Plaintiff Savannah Milheaux's individual claims, pursuant to Federal Rule of
27  Civil Procedure 41(a)(1)(A)(i).  Each side to bear its own fees and costs.
28

1

2                                      Respectfully submitted,

3    Dated:          September 15, 2016     **LAW OFFICE OF L. PAUL MANKIN**

4

5                                       /s/ L. Paul Mankin

6                                      L. Paul Mankin, IV
                                       Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28